# Exhibit 1



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Houston District Office**

Mickey Leland Federal Building
1919 Smith Street, 7th Floor
Houston, TX  77002-8049
Houston Direct Dial: (713) 651-4900
FAX (713) 651-4902

## ATTESTATION OF AUTHENTICATION OF DOCUMENTS

I, Rayford O. Irvin, District Director of the Houston District Office of the Equal Employment Opportunity Commission (Commission), attest that:

As District Director, all administrative files in the Houston District Office are under my custody, care and control;

An administrative file was prepared in the regular course of business in the Houston District Office of the Commission pertaining to Charge Number:

460-2019-01364 and 460-2018-02305  Lisa L Rivers  vs Home Depot

The 42 documents attached hereto are true and accurate copies from the above noted administrative file.   I declare under penalty of perjury that the foregoing is true and correct.

_Rayford O. Irvin_
Rayford O. Irvin
District Director

Sworn to and subscribed before me on May 18, 2020.

_[signature]_
NOTARY

VY NGUYEN
My Notary ID # 128555259
Expires March 18, 2023

# EEOC (INQUIRY) NUMBER: 460-2018-02305

## Inquiry Information

### REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 02/02/2018

**Reason for Complaint:** Age - I am 40 years of age or older, Sex (including pregnancy, sexual orientation and gender identity), Disability, Retaliation - I helped or was a witness in someone else's complaint about job discrimination, Retaliation - I complained to my employer about job discrimination

**Pay Disparity:** Yes

**Location of Incident:** Texas

**Submission (initial inquiry) Date:** 02/14/2018

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:** N/A

**Charge Number:** N/A

**Claim previously filed as complaint with another Agency?** No

**Agency Name:** N/A

**Approximate Date of Filing:** N/A

**Nature of Complaint:** N/A

### INQUIRY OFFICE

**Receiving:** Houston District Office

**Accountable:** Houston District Office

### APPOINTMENT

**Appointment Date and time:**

**Interview Type:**

### APPROXIMATE DEADLINE FOR FILING A CHARGE: 11/29/2018

### POTENTIAL CHARGING PARTY

**First Name, Middle Initial:** Lisa, L

**Last Name:** Rivers

Street or Mailing Address: 6826 SPRINGFIELD GARDEN LANE

Address Line 2:

City, State, Zip: SPRING, TX, 77379

Country: UNITED STATES OF AMERICA

Year of Birth:

Email Address: (b)(6) @YAHOO.COM

Home Phone Number: (b)(6)

Cell Phone Number: (b)(6)

Charging Party Personal Email & phone No. redacted

## RESPONDENT/Employer

Organization Name: HOME DEPOT

Type of Employer: Business or non-profit organization that I applied to, work for, or worked for

Number of Employees: 20 or more employees

Street or Mailing Address: 4159 FM 1960 WEST

Address Line 2:

City, State, Zip Code: HOUSTON, TX, 77068

County: Harris

Phone Number:

## RESPONDENT CONTACT

First and Last Name: TIM HOURIGAN

Email Address: TIM_HOURIGAN@HOMEDEPOT.COM

Phone Number:

Title: Human Resources Director or Owner

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

Street or Mailing Address:

Address Line 2:

City, State, Zip Code:

County:

## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** F

**Disabled:** I have a disability

**Are you Hispanic or Latino?** not hispanic or latino

**Ethnicity:** Black or African American,

**National Origin:** Other African

## Adverse Action(s)

08/02/2018 WRONGFULLY TERMINATED.

# Supplemental Information

## What Reason(s) were you given for the action taken against you?

N/A

## Was anyone in a similar situation treated the same, better, or worse than you?

N/A

## Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.

N/A

## Please tell us any other information about your experience?

N/A